IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT,<br><br>    Plaintiff,<br><br>  v.<br><br>CA DEPT CORRECTIONS,<br><br>    Defendant.<br>_____ / | No. CV 03-03174 TEH<br><br>**ORDER GRANTING STIPULATION** |

The stipulation continuing the CMC to March 29, 2004 at 1:30 PM, filed on 03/05/04 in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**.

Dated: 3/8/04

                    /s/
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE