IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | NO. C03-3174 TEH<br><br><u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOURTH CAUSE OF ACTION</u> |

On May 24, 2004, Defendants filed a motion to dismiss the fourth cause of action from Plaintiffs' second amended complaint. Plaintiffs filed a statement of non-opposition to this motion on June 9, 2004. Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Plaintiffs' fourth cause of action, for violation of 42 U.S.C. § 1985, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED   06/15/04              /s/
                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT