PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
HEATHER E. ROBERT, ESQ. (STATE BAR NO. 235720)
PRICE AND ASSOCIATES
A Professional Law Corporation
1617 Clay Street
Oakland, CA  94612
Telephone: (510) 452-0292

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone (510) 839-5200

Attorneys for Plaintiffs
MARTHA BERNDT, MARTA HASTINGS,
JUDY LONGO, LINDA SCOTT,
SOPHIA CURRY, SHELLY ADCOCK,
PATRICIA MOREIRA and KAREN CURRIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO, LINDA SCOTT, SOPHIA CURRY, SHELLY ADCOCK, PATRICIA MOREIRA and KAREN CURRIE, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED<br><br>                    Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, TERESA SCHWARTZ, JOSEPH McGRATH, DAVID SKERIK, MARIO ORTIZ, and DWIGHT WINSLOW, in their individual capacities,<br><br>                    Defendants. | NO. C03-3174 TEH (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>HON. THELTON E. HENDERSON |

The parties, by and through their respective counsel, hereby stipulate and agree that the date for hearing on Defendants' Motion to Dismiss With Prejudice Equal Protection, First Amendment Retaliation and Race Discrimination Claims from the Fourth Amended Complaint may be rescheduled from September 19, 2005 to September 26, 2005.  The parties further agree that the briefing schedule originally set for this Motion will remain unchanged. Plaintiffs will file their opposition brief on or before August 29, 2005.  Defendants will file their reply brief, if any, on or before September 6, 2005.

Good cause exists for this Stipulation and Order in that Pamela Y. Price, counsel for Plaintiffs, has a scheduling conflict on September 19, 2005.  Ms. Price is required to attend a hearing in the United States District Court, Eastern District of California on September 19, 2005. Due to the distance between the two courts, it will be difficult for Ms. Price to attend both hearings.  Defense counsel is amenable to rescheduling the hearing date and will not suffer prejudice as a result of the new hearing schedule.

The parties respectfully request the Court grant the Order rescheduling the date to hear Defendants' Motion to Dismiss.

Dated:  August 5, 2005               PRICE AND ASSOCIATES

                                     _____/s/_____
                                     PAMELA Y. PRICE, Attorneys for Plaintiffs
                                     MARTHA BERNDT, MARTA HASTINGS,
                                     JUDY LONGO, LINDA SCOTT,
                                     SOPHIA CURRY, SHELLY ADCOCK,
                                     PATRICIA MOREIRA and KAREN CURRIE

Dated: August 5, 2005

BILL LOCKYER, Attorney General of the State of California
JACOB APPELSMITH, Senior Assistant Attorney General
KATHRYN ALLEN, Deputy Attorney General

_____/s/_____
LYN HARLAN, Deputy Attorney General,
Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS, TERESA SCHWARTZ, JOSEPH McGRATH, DAVID SKERIK, MARIO ORTIZ and DWIGHT WINSLOW

### ORDER RESCHEDULING HEARING

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the date for hearing on Defendants' Motion to Dismiss With Prejudice Equal Protection, First Amendment Retaliation and Race Discrimination Claims from the Fourth Amended Complaint shall be rescheduled from September 19, 2005 to September 26, 2005.

Dated:  8/10/05

_____
SENIOR JUDGE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]