PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1617 Clay Street
Oakland, CA  94612
Telephone: (510) 452-0292

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone (510) 839-5200

Attorneys for Plaintiffs
MARTHA BERNDT, MARTA HASTINGS,
JUDY LONGO, LINDA SCOTT,
SOPHIA CURRY, SHELLY ADCOCK,
PATRICIA MOREIRA and KAREN CURRIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO, LINDA SCOTT, SOPHIA CURRY, SHELLY ADCOCK, PATRICIA MOREIRA and KAREN CURRIE, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED )<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, TERESA SCHWARTZ, JOSEPH McGRATH, DAVID SKERIK, MARIO ORTIZ, and DWIGHT WINSLOW, in their individual capacities,<br><br>Defendants. | NO. C03-3174 TEH (EDL)<br><br>**ASSOCIATION OF COUNSEL** |

**TO:   DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

I, PAMELA Y. PRICE, the attorney of record for Plaintiffs MARTHA BERNDT,

MARTA HASTINGS, JUDY LONGO, LINDA SCOTT, SOPHIA CURRY, SHELLY

ADCOCK, PATRICIA MOREIRA AND KAREN CURRIE in the above-entitled action, hereby

associate Attorney CHARLES STEPHEN RALSTON, ESQ. as co-counsel on behalf of the

Plaintiffs.  Copies of all pleadings and correspondence relating to the above-entitled action

should be sent directly to Mr. Ralston as well as myself.  Mr. Ralston's address and telephone

number are as follows:

>CHARLES STEPHEN RALSTON, ESQ.
>State Bar No. 34111
>2421 Valley Street
>Berkeley, CA 94702
>Telephone:  (510) 540-9683

Dated: November 21, 2005                    PRICE AND ASSOCIATES


_____
PAMELA Y. PRICE, Attorneys for
Plaintiffs MARTHA BERNDT, MARTA
HASTINGS, JUDY LONGO, LINDA
SCOTT, SOPHIA CURRY, SHELLY
ADCOCK, PATRICIA MOREIRA AND
KAREN CURRIE

I accept the above association.

Dated: November 21, 2005


_____
CHARLES STEPHEN RALSTON, ESQ.

**IT IS SO ORDERED.**

Dated: _____11/21/05_____

_____
HON. THELTON E. HENDERSON
U.S. DISTRICT COURT

1119P227                          -2-
ASSOCIATION OF COUNSEL  (C03-3174 TEH)