IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

            Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

            Defendants.

NO. C03-3174 TEH

ORDER CONTINUING DEPOSITION DEADLINE FOR PLAINTIFF SOPHIA CURRY AND VACATING DECEMBER 4, 2006 CASE MANAGEMENT CONFERENCE

     The Court is in receipt of Plaintiffs' ex parte application to continue the deposition of Plaintiff Sophia Curry. Upon careful consideration, the Court finds good cause to grant Plaintiffs' request because Plaintiff Curry's medical condition dictates that her deposition proceed in Sacramento. Accordingly, IT IS HEREBY ORDERED that Plaintiff Curry's deposition shall proceed in Sacramento and shall be completed on or before **December 29, 2006.**

     IT IS FURTHER ORDERED that the case management conference scheduled for this afternoon is hereby VACATED.

**IT IS SO ORDERED.**

Dated:   12/04/06

                               THELTON E. HENDERSON, JUDGE
                               UNITED STATES DISTRICT COURT