IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants. | NO. C03-3174 TEH<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE RE: PLAINTIFF LINDA SUTTER |

The Court is in receipt of a "stipulation" to dismiss Plaintiff Linda Sutter (Scott) (hereinafter "Sutter") and Defendant Mario Ortiz from this case. However, the "stipulation" is signed only by Sutter and not by counsel for Plaintiffs or Defendants. Accordingly, with good cause appearing, the parties, including Sutter, are hereby ordered to appear for a case management conference on **March 31, 2008, at 1:30 PM.** The parties shall meet and confer regarding the issues raised in the "stipulation" and file a joint case management statement on or before **March 24, 2008.** Counsel shall include Sutter in the meet-and-confer process, and Sutter shall also set forth her position in the joint case management statement. Alternatively, if the parties are able to agree on the issues raised in Sutter's purported stipulation, then they shall electronically file a stipulation and proposed order, signed by all relevant parties, on or before **March 24, 2008.** The Clerk shall serve a copy of this order on Sutter at the address she listed on her "stipulation": 1021 Jaccard Street, Crescent City, CA 95531.

**IT IS SO ORDERED.**

Dated: 03/03/08

                            THELTON E. HENDERSON, JUDGE
                            UNITED STATES DISTRICT COURT