1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional law Corporation
   1617 Clay Street
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
   CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)
5
   Attorneys for Plaintiffs
6  Martha Berndt, Marta Hastings, Judy Longo, Linda Scott (Sutter), Sophia Curry, Shelly
   Adcock, Patricia Moreira and Karen Currie
7
   EDMUND G. BROWN, JR.
8  Attorney General of the State of California
   JACOB A. APPELSMITH,
9  Senior Assistant Attorney General
   LYN HARLAN (STATE BAR NO. 171471)
10 KATHRYN ALLEN (STATE BAR NO. 137685)
   Deputy Attorneys General
11 1515 Clay Street, 20th Floor
   P.O. Box 70550
12 Oakland, CA 94612-0550
   Telephone: (510) 622-2208
13
   Attorneys for Defendants
14 California Department of Corrections and Rehabilitation, Teresa Schwartz, Joseph Mcgrath,
   David Skerik, Mario Ortiz and Dwight Winslow
15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18
   MARTHA BERNDT, MARTA HASTINGS,
19 JUDY LONGO  LINDA SCOTT, SOPHIA         CASE NO. C 03-3174 TEH
   CURRY, SHELLY ADCOCK, PATRICIA
20 MOREIRA and KAREN CURRIE,                **STIPULATION TO THE**
   individually and on behalf of all persons **DISMISSAL OF PARTIES**
21 similarly situated,                       **AND ALLEGATIONS**

22                            Plaintiffs,
   v.                                        Judge:   Hon. Thelton E.
23                                                    Henderson
   CALIFORNIA DEPARTMENT OF                  Hearing: None set.
24 CORRECTIONS, ROBERT AYERS, JR.,
   TERESA SCHWARTZ, JOSEPH D.
25 SKERIK, MARIO ORTIZ AND DWIGHT
   WINSLOW, in their individual capacities,
26
                              Defendants.
27

28 ///

1  WHEREAS, Plaintiff Linda Scott (Sutter) has notified counsel and the Court that she
2  no longer wishes to act as a named plaintiff or a class representative in the above action;

3  WHEREAS, the only claims involving defendant Mario Ortiz arise from the
4  allegations of the Fourth Amended Complaint specific to Linda Scott (Sutter);

5  THEREFORE, plaintiffs and defendants agree through their respective counsel and
6  stipulate as follows:

7  1.   Plaintiff Linda Scott (Sutter) is dismissed as a party plaintiff and class
8  representative in this matter.

9  2.   Defendant Mario Ortiz is dismissed as a party defendant in this matter:

10  3.   Paragraphs 5, 14, 23, 25, and 72 of the Fourth Amended Complaint are struck, as
11  are the allegations of paragraphs 53, 63, 67, and 69 of the Fourth Amended Complaint as they
12  relate to defendant Ortiz and any claims of Linda Scott (Sutter).

13  4.   The parties will bear their own costs, with the exception of $1,645.64 due to
14  defendants resulting from the cancellation of the deposition of Linda Sutter scheduled for
15  March 30, 2007.   This amount will be payable within 90 days of the entry of the order of
16  dismissal.

17  **IT IS SO STIPULATED.**

18  DATED: March 24, 2008                     PRICE AND ASSOCIATES

20                                            PAMELA Y. PRICE, Attorney for Plaintiffs
                                              MARTHA BERNDT, et al.

22                                            JOHN L. BURRIS
                                              Attorney for Plaintiffs MARTHA BERNDT, et al.

24                                            /s/
                                              CHARLES STEPHEN RALSTON, Attorney for
                                              Plaintiffs MARTHA BERNDT, et al.

26  DATED: March 24, 2008                     /s/
                                              LINDA SUTTER
27                                            Plaintiff

28  ///

| | |
|---|---|
| DATED: March 24, 2008 | EDMUND G. BROWN, JR.<br>Attorney General of the State of California<br>KATHRYN ALLEN<br>Deputy Attorney General |
| | /s/ |
| | LYN HARLAN |
| | Deputy Attorney General<br>Attorneys for Defendants<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al. |

IT IS FURTHER ORDERED that the case management conference set for March 31, 2008, is VACATED.

**IT IS SO ORDERED.**

DATED: _____03/24_____, 2008

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA