PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional law Corporation
1617 Clay Street
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510 452-5625
e-mail: pypesq@aol.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:   (510) 839-3882
e-mail: john.burris@johnburrislaw.com

CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)
3188 County Route 9
East Chatham, NY 12060
Telephone: (518) 392-2142
Facsimile:   (518) 751-1654
e-mail: csralston@gmail.com

Attorneys for Plaintiffs
MARTHA BERNDT, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO , et al., individually and on behalf of all persons similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br>　　　　　　　　　　Defendants. | NO. CO3-3174 THE<br><br>**REQUEST OF CHARLES STEPHEN RALSTON TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>**Date:　　　November 3, 2008**<br>**Time:　　　1:30 pm**<br>**Courtroom: 12, 19th Floor**<br>**Hon. Thelton E. Henderson** |

Pursuant to Local Rule 16-10, Charles Stephen Ralston, counsel for plaintiffs, requests

Request to Participate in Case Management Conference by Telephone
Berndt v. California Dept. Of Corrections, No. C03-3174 THE

1  leave to participate in the Case Management Conference scheduled on November 3, 2008, at
2  1:30 pm PST, by telephone.  In support of this request he would show the following:
3         1. The Case Management Conference is scheduled to be held the day before the election
4  on November 4, 2008.  Mr. Ralston's co-counsel, Pamela Y. Price and John L. Burris, are
5  scheduled to travel to Ohio and North Carolina, respectively, for the purpose of participating in
6  election projects in those states.  Therefore, they will be out of the State of California on
7  November 3 and will be unavailable to participate in the scheduled Case Management
8  Conference.
9         2. Mr. Ralston currently resides in New York state and has plans to be in that state on
10 November 3.  It would be a matter of great convenience to him if he were allowed to participate
11 in the Case Management Conference by telephone, at 518-392-2142.   He will be prepared to
12 participate fully and to speak on behalf of co-counsel as to scheduling and other matters.
13 Dated: October 21, 2008                                         Respectfully submitted,

                                                                 /s/ Charles S. Ralston

                                                                 Charles Stephen Ralston
                                                                 3188 County Route 9
                                                                 East Chatham, NY 12060
                                                                 Telephone: (518) 392-2142
                                                                 Facsimile:  (518) 751-1654
                                                                 e-mail: csralston@gmail.com

                                                                 Attorney for Plaintiffs.

**THE REQUEST TO PARTICIPATE BY TELEPHONE IS GRANTED.**

DATED: _____10/21_____, 2008

HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Request to Participate in Case Management Conference by Telephone
Berndt v. California Dept. Of Corrections, No. C03-3174 THE