IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

                Plaintiffs,

     v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

                Defendants.

NO. C03-3174 TEH

ORDER RE: DECEMBER 17, 2008 JOINT STATUS REPORT

      The parties state in their December 17, 2008 joint status report that they are continuing to meet and confer regarding discovery disputes related to Plaintiffs' motion for class certification. They ask this Court to set a March 23, 2009 case management conference at which any remaining disputes can be resolved. However, this case has been referred to Magistrate Judge Elizabeth Laporte for discovery, and the parties shall therefore bring any remaining discovery disputes before her, rather than before this Court. In lieu of setting a case management conference as suggested by the parties, the Court instead orders the parties to file a joint statement by **March 16, 2009,** indicating the status of discovery, and whether the parties are prepared to agree to a briefing schedule on Plaintiffs' motion for class certification. No appearances shall be necessary unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 12/19/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT