PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)

CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)

Attorneys for Plaintiffs
MARTHA BERNDT, MARTA HASTINGS,
JUDY LONGO, SOPHIA CURRY, SHELLY ADCOCK,
PATRICIA MOREIRA and KAREN CURRIE

EDMUND G. BROWN, JR.
Attorney General of the State of California
ALICIA M.B. FOWLER
Senior Assistant Attorney General
LYN HARLAN (STATE BAR NO. 171471)
KATHRYN ALLEN (STATE BAR NO. 137685)
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2208

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION, TERESA SCHWARTZ,
JOSEPH McGRATH, DAVID SKERIK,
AND DWIGHT WINSLOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO SOPHIA CURRY, SHELLY ADCOCK, PATRICIA MOREIRA and KAREN CURRIE, individually and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, ROBERT AYERS, JR., TERESA SCHWARTZ, JOSEPH D. SKERIK AND DWIGHT WINSLOW, in their individual capacities,<br><br>    Defendants. | CASE NO. C 03-3174 TEH<br><br>**JOINT STATUS REPORT**<br><br>**Hon. Thelton E. Henderson** |

Pursuant to the Order of the Court of December 19, 2008, the parties submit their Joint Status Report.

1. Each party served on the other written discovery requests on or before January 30, 2009, as provided in the Joint Status Report filed on December 17, 2008

2. Responses to the discovery requests were scheduled to be served by March 2, 2009. However, the parties mutually agreed to an extension of time for the responses to the written discovery requests to and including March 31, 2009.

3. The parties request that the Court modify its order of December 19, 2008, so that a further Joint Case Management Statement will be ordered filed on April 20, 2009, providing the same information.

DATED: March 12, 2009            PRICE AND ASSOCIATES

                                 _____/s/_____
                                 PAMELA Y. PRICE, Attorney for Plaintiffs
                                 MARTHA BERNDT, et al.

                                 _____/s/_____
                                 JOHN L. BURRIS
                                 Attorney for Plaintiffs MARTHA BERNDT, et al.

                                 _____/s/_____
                                 CHARLES STEPHEN RALSTON, Attorney for
                                 Plaintiffs MARTHA BERNDT, et al.

DATED: March 12, 2009            EDMUND G. BROWN, JR.
                                 Attorney General of the State of California
                                 ALICIA M.B. FOWLER
                                 Senior Assistant Attorney General
                                 KATHRYN ALLEN
                                 Deputy Attorney General

                                 _____/s/_____
                                 LYN HARLAN
                                 Deputy Attorney General

                                 Attorneys for Defendants
                                 CALIFORNIA DEPARTMENT OF
                                 CORRECTIONS AND REHABILITATION, et al.



IT IS SO ORDERED
Judge Thelton E. Henderson
03/17/09

2
Further Joint Status Report
Berndt v. California Department of Corrections (C03-3174 TEH)