PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)

CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)

Attorneys for Plaintiffs
MARTHA BERNDT, MARTA HASTINGS,
JUDY LONGO, SOPHIA CURRY, SHELLY ADCOCK,
PATRICIA MOREIRA and KAREN CURRIE

EDMUND G. BROWN, JR.
Attorney General of the State of California
ALICIA M.B. FOWLER
Senior Assistant Attorney General
LYN HARLAN (STATE BAR NO. 171471)
KATHRYN ALLEN (STATE BAR NO. 137685)
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2208

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION, TERESA SCHWARTZ,
JOSEPH McGRATH, DAVID SKERIK,
AND DWIGHT WINSLOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO  SOPHIA CURRY, SHELLY ADCOCK, PATRICIA MOREIRA and KAREN CURRIE, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, ROBERT AYERS, JR., TERESA SCHWARTZ, JOSEPH D. SKERIK AND DWIGHT WINSLOW, in their individual capacities, <br><br> Defendants. | CASE NO. C 03-3174 THE (EL) <br><br> **FURTHER JOINT STATUS REPORT** <br><br> **Hon. Thelton E. Henderson** |

Pursuant to the Order of the Court of March 18, 2009, the parties submit their Further Joint Status Report.

1. Each party has served on the other responses to written discovery requests.

2. The parties are meeting and conferring regarding issues raised by defendants based on claims regarding the adequacy of the responses by plaintiffs to the defendants' discovery requests. If the parties are not able to resolve these issues themselves, they intend to submit them to Magistrate Judge Elizabeth Laporte pursuant to the order of the Court of December 19, 2008.

3. The parties request that they file a further Joint Status Report with the Court on May 11, 2009, as to the status of discovery.

DATED: April 20, 2009        PRICE AND ASSOCIATES

                                        /s/
PAMELA Y. PRICE, Attorney for Plaintiffs MARTHA BERNDT, et al.

                                        /s/
JOHN L. BURRIS
Attorney for Plaintiffs MARTHA BERNDT, et al.

                                        /s/
CHARLES STEPHEN RALSTON, Attorney for Plaintiffs MARTHA BERNDT, et al.

DATED: April 20, 2009        EDMUND G. BROWN, JR.
Attorney General of the State of California
ALICIA M.B. FOWLER
Senior Assistant Attorney General
KATHRYN ALLEN
Deputy Attorney General

                                        /s/
LYN HARLAN
Deputy Attorney General

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.



IT IS SO ORDERED
Judge Thelton E. Henderson
04/21/09
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA