1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional law Corporation
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4
   JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
5
   CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)
6
   Attorneys for Plaintiffs
7  MARTHA BERNDT, MARTA HASTINGS,
   JUDY LONGO, SOPHIA CURRY, SHELLY ADCOCK,
8  PATRICIA MOREIRA and KAREN CURRIE

9  EDMUND G. BROWN, JR.
   Attorney General of the State of California
10 ALICIA M.B. FOWLER
   Senior Assistant Attorney General
11 LYN HARLAN (STATE BAR NO. 171471)
   KATHRYN ALLEN (STATE BAR NO. 137685)
12 Deputy Attorneys General
   1515 Clay Street, 20th Floor
13 P.O. Box 70550
   Oakland, CA 94612-0550
14 Telephone: (510) 622-2208

15 Attorneys for Defendants
   CALIFORNIA DEPARTMENT OF CORRECTIONS
16 AND REHABILITATION, TERESA SCHWARTZ,
   JOSEPH McGRATH, DAVID SKERIK,
17 AND DWIGHT WINSLOW

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO SOPHIA CURRY, SHELLY ADCOCK, PATRICIA MOREIRA and KAREN CURRIE, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, ROBERT AYERS, JR., TERESA SCHWARTZ, JOSEPH D. SKERIK AND DWIGHT WINSLOW, in their individual capacities,<br><br>Defendants. | CASE NO. C 03-3174 THE (EL)<br><br>**FURTHER JOINT STATUS REPORT**<br><br>**Hon. Thelton E. Henderson** |
|---|---|

Pursuant to the Order of the Court of April 21, 2009, the parties submit their Further Joint Status Report.

1. Each party has served on the other responses to written discovery requests.

2. The parties are continuing to meet and confer regarding issues raised by defendants based on claims regarding the adequacy of the responses by plaintiffs to the defendants' discovery requests. If the parties are not able to resolve these issues themselves, they intend to submit them to Magistrate Judge Elizabeth Laporte pursuant to the order of the Court of December 19, 2008.

3. The parties request that they file a further Joint Status Report with the Court on June 8, 2009, as to the status of discovery.

DATED: May 11, 2009         PRICE AND ASSOCIATES



/s/
PAMELA Y. PRICE, Attorney for Plaintiffs MARTHA BERNDT, et al.

/s/
JOHN L. BURRIS
Attorney for Plaintiffs MARTHA BERNDT, et al.

/s/
CHARLES STEPHEN RALSTON, Attorney for Plaintiffs MARTHA BERNDT, et al.

DATED: May 11, 2009         EDMUND G. BROWN, JR.
Attorney General of the State of California
ALICIA M.B. FOWLER
Senior Assistant Attorney General
KATHRYN ALLEN
Deputy Attorney General


/s/
LYN HARLAN
Deputy Attorney General

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.