IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

                Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

                Defendants.

NO. C03-3174 TEH

<u>ORDER SETTING DISCOVERY CUTOFF AND REQUIRING STIPULATION AND PROPOSED ORDER OR FURTHER JOINT STATUS STATEMENT BY OCTOBER 5, 2009</u>

      The Court is in receipt of the parties' July 27, 2009 joint statement concerning discovery and the briefing schedule for Plaintiffs' motion for class certification. The parties state that they are meeting and conferring on a schedule that "contemplates that defendants' discovery will be completed by September 30, 2009." In light of this statement, IT IS HEREBY ORDERED that all discovery related to class certification shall be completed on or before **September 30, 2009.** IT IS FURTHER ORDERED that the parties shall meet and confer and file, on or before **October 5, 2009,** either a stipulation and proposed order or a status statement describing the parties' respective views concerning a briefing and hearing schedule on Plaintiffs' class certification motion. This case has been pending for over six years, and Plaintiffs filed their motion for class certification over eight months ago. There is no reason for any further delay by the parties in moving this case forward.

**IT IS SO ORDERED.**

Dated: 08/04/09

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT