1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9  **BERNDT ET AL**,

10          Plaintiff,                                No.C **03-03174** TEH (EDL)

11      v.                                           RECUSAL ORDER

12  **CALIFORNIA DEPARTMENT OF
    CORRECTIONS ET AL**
13
          Defendants.
14  _____/

15      TO ALL PARTIES AND COUNSEL OF RECORD:

16      This matter was referred to the undersigned for all discovery purposes in 2004. The Court
17  recuses itself from further hearing this matter.
18      IT IS SO ORDERED.

19  Dated: August 13, 2009

20                                      _____
                                        ELIZABETH D. LAPORTE
21                                      United States Magistrate Judge

22
23
24
25
26
27
28