UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, ET AL,          Case No. C 03-03174 TEH ( JCS)

      Plaintiff(s),

    v.          **ORDER RE: DISCOVERY**

CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL,

      Defendant(s).

_____/

On August 27, 2009, the Court held a discovery conference. Pamela Price, Jeshawna R. Harrell, and Charles Stephen Ralston, counsel for Plaintiffs, appeared. Lyn Harlan and Kathryn Allen, counsel for Defendants, appeared.

IT IS HEREBY ORDERED that:

1. On or before **October 16, 2009**, Defendants may take the depositions of the fifteen (15) absent class members who have submitted declarations in connection with the already filed Motion for Class Certification.

2. The depositions of the named Plaintiffs may also be taken.

3. The depositions of the absent class member declarants shall not exceed four (4) hours, and shall be limited to the subject matter of the declarations, and shall occur within 75 miles of the location of the deponent.

4. The Defendants shall serve subpoenas on the absent class member declarants, and pay statutory witness fees and mileage.

5. Plaintiffs' counsel shall provide Defendants' counsel with the last known address of each of the absent class member declarants.

United States District Court
For the Northern District of California

1    IT IS SO ORDERED.
2
3  Dated: August 28, 2009
4                                          JOSEPH C. SPERO
                                           United States Magistrate Judge
5
6
7
...
28

2