IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | NO. C03-3174 TEH<br><br><u>ORDER EXTENDING DEADLINES</u> |

On August 4, 2009, this Court set a September 30, 2009 cut-off date for discovery related to class certification and also ordered the parties to file, by October 5, 2009, either a stipulation and proposed order or a status statement describing the parties' respective views concerning a briefing and hearing schedule on Plaintiffs' class certification motion. In light of Judge Spero's August 28, 2009 Order re: Discovery, the Court continues these deadlines to **October 16, 2009,** and **October 23, 2009,** respectively.

**IT IS SO ORDERED.**

Dated: 08/31/09

                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT