IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | NO. C03-3174 TEH<br><br>ORDER SETTING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

After carefully considering the parties' October 23, 2009 joint status report, the Court HEREBY ORDERS the following schedule for Plaintiffs' motion for class certification:

1. Defendants shall file their opposition papers on or before **December 23, 2009.**

2. Plaintiffs shall file their reply papers on or before **January 25, 2010.**

3. The hearing on Plaintiffs' motion for class certification shall be held on **February 22, 2010, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated:  10/26/09

　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT