1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   A Professional law Corporation
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292

5  JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)

6  CHARLES STEPHEN RALSTON (STATE BAR NO. 34111)

7  Attorneys for Plaintiffs
   MARTHA BERNDT, MARTA HASTINGS,
8  SOPHIA CURRY, SHELLY ADCOCK,
   PATRICIA MOREIRA and KAREN CURRIE
9

10 EDMUND G. BROWN, JR.
   Attorney General of the State of California
11 ALICIA M.B. FOWLER
   Senior Assistant Attorney General
12 LYN HARLAN (STATE BAR NO. 171471)
   KATHRYN ALLEN (STATE BAR NO. 137685)
13 Deputy Attorneys General
   1515 Clay Street, 20th Floor
14 P.O. Box 70550
   Oakland, CA 94612-0550
15 Telephone: (510) 622-2208

16 Attorneys for Defendants
   CALIFORNIA DEPARTMENT OF CORRECTIONS
17 AND REHABILITATION, TERESA SCHWARTZ,
   JOSEPH McGRATH, DAVID SKERIK,
18 AND DWIGHT WINSLOW

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21

22
   MARTHA BERNDT, MARTA HASTINGS,    )    No. C03-3174 VRW
23 JUDY LONGO, LINDA SCOTT, et al.,  )
                                     )
24           Plaintiffs,             )    **STIPULATION AND [PROPOSED]**
     v.                              )    **ORDER TO ENLARGE TIME TO**
25                                   )    **FILE PLAINTIFFS' REPLY BRIEF IN**
   CALIFORNIA DEPARTMENT OF          )    **SUPPORT OF PLAINTIFFS' MOTION**
26 CORRECTIONS, et al.,              )    **FOR CLASS CERTIFICATION**
                                     )
27           Defendants.             )
                                     )
28

1

2   The parties to the above-entitled action hereby stipulate to extend the time for Plaintiffs to file
3   their Reply Brief in Support of Plaintiffs' Motion for Class Certification from January 25, 2010, to
4   February 1, 2010.  Good cause exists for this Stipulation because a recent series of storms that have
5   gone through the Bay Area has had a serious detrimental effect on Plaintiffs' counsels' ability to
6   prepare their reply brief.  Attorney Charles S. Ralston, the primary author of Plaintiffs' Reply Brief, has
7   experienced several power outages in his area, including an extended power outage that began
8   Thursday, January 21, 2010 and lasted through Saturday, January 23, 2010.  As a result of the power
9   outage, Attorney Ralston lost access to his computer and files and was unable to work on the brief at
10  all.  Since the hearing date has been vacated, all counsel agree that there is no prejudice to any of the
11  parties if Plaintiffs file their reply brief on Monday, February 1, 2010.

12

13  DATED: January 25, 2010                PRICE AND ASSOCIATES

14                                         ___/s/ Pamela Y. Price_____
15                                         PAMELA Y. PRICE, Attorney for Plaintiffs
                                           MARTHA BERNDT, et al.

16

17                                         ___/s/ John L. Burris_____
                                           JOHN L. BURRIS, Attorney for Plaintiffs
18                                         MARTHA BERNDT, et al.

19

20                                         ___/s/ Charles Stephen Ralston_____
                                           CHARLES STEPHEN RALSTON, Attorney
                                           for Plaintiffs MARTHA BERNDT, et al.

21

22  DATED: January 25, 2010                EDMUND G. BROWN, JR.
                                           Attorney General of the State of California
23                                         ALICIA M.B. FOWLER
                                           Senior Assistant Attorney General
24                                         KATHRYN ALLEN
                                           Deputy Attorney General

25

26                                         ___/s/ Lyn Harlan_____
                                           LYN HARLAN
27                                         Deputy Attorney General
                                           Attorneys for Defendants
28                                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                           AND REHABILITATION, et al.

1119P263JRH
-2-
STIPULATION AND ORDER TO ENLARGE TIME (C03-3174 VRW)

1 **ORDER**

2 **PURSUANT TO THE STIPULATION OF THE PARTIES**, Plaintiffs' Reply Brief in

3 Support of Plaintiffs' Motion for Class Certification currently due on January 25, 2010 shall be filed on

4 or before February 1, 2010.  **IT IS SO ORDERED**.

6 Dated: 2/1/2010



7 HON. VAUGHN R. WALKER
UNITED STATES DISTRICT COURT