UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendant(s). | No. C03-3174 TEH (BZ)<br><br>**ORDER SCHEDULING MEETING** |

Pursuant to Judge Walker's September 15, 2010 order, the meeting ordered at page 4, line 20-21 is scheduled inside my chambers for **September 28, 2010** at **3:30 p.m.**

Dated: September 20, 2010

*(signature)*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BERNDT V. CA. DEPT OF CORRECTIONS\ORDER SCHEDULING MEETING.wpd

1