UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

        Plaintiff(s),

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendant(s).

No. C03-3174 TEH (BZ)

**ORDER REGARDING EVIDENTIARY HEARING**

Following a meeting inside my chambers on September 28, 2010 at which both sides were represented by counsel, **IT IS ORDERED** as follows:

    1.   An evidentiary hearing is scheduled for **December 2, 2010, at 2:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    2.   Defendants shall select which named plaintiff they think has the most knowledge about the issues raised in Judge Walker's September 15, 2010 order.  By **October 18, 2010,**

1

1  defendants shall notify plaintiffs of the identity of the
2  plaintiff.  That plaintiff shall testify at the evidentiary
3  hearing in accordance with the ground rules specified by the
4  Court.
5       3.  Any exhibit any party intends to introduce at the
6  evidentiary hearing, shall be identified and submitted to the
7  Court by **November 18, 2010**.
8  Dated: September 29, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BERNDT V. CA. DEPT OF CORRECTIONS\ORDER RE EVIDENTIARY HEARING.wpd

2