UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

        Plaintiff(s),

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendant(s).

No. C03-3174 TEH (BZ)

**ORDER**

    Arlene Branch, who is apparently a member of John Burris's staff has been repeatedly contacting the Court in an improper effort to obtain a continuance of the December 2, 2010 hearing.  Rather than filing a motion for administrative relief in accordance with Local Rule 7-11, Mr. Burris has chosen to proceed informally, even though the Court understands that the defendants are opposed.  All parties are admonished that my staff are prohibited from providing legal advice and that the parties are expected to follow the Local Rules of Court.

Dated: October 20, 2010

                              Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\BERNDT V. CA. DEPT OF CORRECTIONS\ORDER RE CONTACTING COURT.wpd

1