PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

CHARLES S. RALSTON, ESQ. (STATE BAR NO. 34111)
P. O. Box 1143
Mi Wuk Village, CA 95346
Telephone: (209) 586-2370
Facsimile: (209) 729-5800
Attorneys for Plaintiffs
MARTHA BERNDT, et al.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, JUDY LONGO, LINDA SCOTT, SOPHIA CURRY, SHELLY ADCOCK, PATRICIA MOREIRA and KAREN CURRIE, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, TERESA SCHWARTZ, JOSEPH McGRATH, DAVID SKERIK, MARIO ORTIZ, and DWIGHT WINSLOW, in their individual capacities,<br><br>Defendants. | Case No. C-03-3174 VRW (BZ)<br><br>MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE HEARING AND ~~(PROPOSED)~~ ORDER |

# MOTION

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rules 7-11 and, Plaintiffs Martha Berndt, et al., by and through their counsel, respectfully moves to continue the Evidentiary Hearing currently set for December 2, 2010 at 2:00 p.m. to December 3, 2010 at 2:00 p.m. for the reasons set forth in the accompanying Declaration of John L. Burris.

Counsel for Martha Berndt, et al. attempted to gain consent from Defendants State of California, et al., by and through their respective counsel, to continue the date, however, the Defendants will only agree to the date of December 3, 2010, as their availability is very limited due to their current calendar.

This motion affects no other dates listed in the Court's Order Regarding Evidentiary Hearing filed on September 29, 2010.

                                                **Respectfully submitted,**

Dated:  October 21, 2010                     **THE LAW OFFICES OF JOHN L. BURRIS**

                                                /s/ *John L. Burris*
                                                John L. Burris, Esq.
                                                Attorney for Plaintiffs

**~~(PROPOSED~~) ORDER**

GOOD CAUSE APPEARING, the Evidentiary Hearing currently scheduled for December 2, 2010 at 2:00 p.m. is rescheduled to __December 3, 2010 at 2:00 p.m.__.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

```
MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE HEARING AND (PROPOSED) ORDER      3
C-03-3174 VRW (BZ)
```