UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

    Plaintiff(s),

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendant(s).

_____/

No. C 03-3174 PJH

**ORDER**

    This matter having recently been reassigned, the court prefers to go conduct a case management conference before any further briefs are filed on standing or any other issues. The docket for this seven year old case is voluminous and the court would prefer to first ascertain what this case is about. To that end, the joint case management conference statement must summarize the history of the litigation and clearly set forth the current status of any motions and advise of any pretrial schedule in place. As requested, the case management conference is continued to **March 10, 2011, at 2:00 p.m.** The parties are free to stipulate to any mutually agreeable deposition schedule.

    **IT IS SO ORDERED.**

Dated: February 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge