UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

       Plaintiff(s),

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

       Defendant(s).
_____/

No. C 03-3174 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on June 7, at 2:30 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss scheduling of future proceedings in this matter.  In view of the joint case management statement filed on April 19, 2012, no additional statement is required.

**SO ORDERED.**

Dated: May 15, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge