# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTHA BERNDT, ET AL,** | **Case No.: C03-3174 PJH** |
| Plaintiffs, | **ORDER** |
| vs. | |
| **CA DEPT. OF CORRECTIONS, ET AL,** | |
| Defendant. | |

This case has been referred to the undersigned to oversee any and all settlement conferences. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: June 15, 2012

*Kandis Westmore*

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**