**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTHA BERNDT, et al.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CA DEPT. OF CORRECTIONS, et al.,**<br><br>    **Defendant.** | **Case No.: C-4:03-3174 PJH**<br><br>**ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for a settlement conference. The court recuses itself from this matter.

**IT IS SO ORDERED.**

DATE: July 2, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**