PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-mail: john.burris@johnburrislaw.com

CHARLES STEPHEN RALSTON, ESQ. (STATE BAR NO. 34111)
PO Box 1143
Mi Wuk Village, CA 95346
Telephone: (209) 586-2370
Facsimile:  (209) 729-5800

Attorneys for Plaintiffs
MARTHA BERNDT, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, MARTA HASTINGS, SOPHIA CURRY,  SHELLY ADCOCK, PATRICIA MOREIRA, KAREN CURRIE, LISA R. BOYD, KIMBERLEY MORIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, TERESA SCHWARTZ, JOSEPH McGRATH, et al., <br><br> Defendants. | NO. C03-3174 PJH (DMR) <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXCUSE APPEARANCE OF JOHN LONGO AT SETTLEMENT CONFERENCE** |

The Court having read and considered the Plaintiffs' Administrative Motion to excuse the

-1-
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION (C03-3174 PJH DMR)

appearance of John Longo, the executor of the Estate of Plaintiff Judy Kay Longo from the Settlement Conference set to commence on October 22, 2012, and good cause appearing therefore, the Court hereby excuses John Longo from personally appearing at the Settlement Conference.  In accordance with the Court's Standing Order and Notice of Settlement Conference and Settlement Conference Order filed August 17, 2012 (Doc. 470), Mr. Longo shall be available by telephone to confer with his counsel throughout the duration of the Conference.

**IT IS SO ORDERED**.

Dated: Oct. 12, 2012

HON. MAGISTRATE JUDGE DONNA M. RYU
UNITED STATES DISTRICT COURT