UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, ET AL.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>　　　　Defendant. | Case No.: 4:03-cv-03174-PJH (JCS)<br><br>**ORDER DENYING DEFENDANTS LETTER [Docket No. 480] AND ORDER TO MEET AND CONFER** |

　　　　IT IS HEREBY ORDERED that the Defendants' Letter, docket no. 480, is DENIED for failure to comply with the Court's Standing Order on Discovery.

　　　　IT IS HEREBY FURTHER ORDERED that lead trial counsel for both parties shall meet and confer within seven (7) days from the date of this Order and set dates for all depositions that are the subject of this letter.  In the event that counsel are unable to resolve the matters at issue, lead trial counsel shall provide a detailed Joint Letter, not to exceed five (5) pages, within three (3) calendar days of their meet-and-confer session.  The Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and its final proposed compromise on each issue.

　　　　IT IS SO ORDERED.

Dated: December 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge