IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al., | Case No.: C-03-03174 PJH |
| Plaintiffs, | **ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

For the reasons stated on the record at the hearing, held on April 19, 2013, the Court orders as follows: (1) each party shall be allowed twenty depositions; (2) if, after completing those depositions, either party requires additional depositions, the parties shall meet and confer regarding those additional depositions; (3) if the parties are unable to reach a resolution as to any requested additional depositions, the party seeking the additional depositions must demonstrate its need for those depositions; and (4) the parties shall meet and confer regarding a stipulation limiting Defendants' use of witnesses with respect to the subject matter of this case.

IT IS SO ORDERED.

Dated: April 19, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE