1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
   MARTHA BERNDT, et al.,
7
              Plaintiffs,                        No. C 03-3174 PJH
8
        v.                                       **NOTICE RE MEDICAL RECORDS**
9
   CALIFORNIA DEPARTMENT OF
10  CORRECTIONS, et al.,
11            Defendants.
   _____/
12
13          The court is in receipt of a letter from the Rogue Regional Medical Center, enclosing
14  the medical records of plaintiff Marta Hastings.  The letter (but not the records themselves)
15  is attached to this notice.  The court will hold the records until the hearing on defendants'
16  motion for a Rule 35 order, scheduled for June 12, 2013, unless the parties are able to
17  reach a stipulation as to the records' disposition before then.
18          **IT IS SO ORDERED.**
19  Dated: May 20, 2013
20                                               _____
                                                 PHYLLIS J. HAMILTON
21                                               United States District Judge
22
23
24
25
26
27
28

*United States District Court*
For the Northern District of California