UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

    Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

                                        /

No. C 03-3174 PJH

**ORDER MODIFYING PRETRIAL SCHEDULE**

    Before the court is plaintiffs' administrative motion to modify the pretrial scheduling order, filed on June 11, 2013. Defendants filed an opposition to the motion on June 14, 2013. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES plaintiffs' motion, but modifies the pretrial schedule as follows.

    As an initial matter, the court finds that plaintiffs have not been diligent in completing discovery, nor have they been diligent in seeking this last-minute modification to the pretrial schedule. While plaintiffs do identify unforeseeable events that gave rise to their need for an extension, most of those events occurred last year, and plaintiffs have not explained their delay in seeking this 90-day extension of all dates. However, in light of the stipulated continuance that was recently granted (on June 14, 2013), the court does find that a 30-day extension is warranted. Thus, the pretrial schedule is modified as follows:

| Event | Previous deadline | Modified deadline |
|---|---|---|
| Non-medical expert disclosure | 7/17/13 | no change (already modified by stipulation) |
| Expert, treating and other medical expert discovery cutoff | 9/3/13 | no change (already modified by stipulation) |
| Non-expert discovery cutoff | 8/1/13 | 9/3/13 |
| Rebuttal medical expert disclosure | 9/2/13 | 10/2/13 |
| Deposition cutoff for rebuttal medical experts | 10/2/13 | 11/4/13 |
| Dispositive motions filed | 11/6/13 | 12/6/13 |
| Oppositions filed | 12/4/13 | 1/3/14 |
| Replies filed | 12/18/13 | 1/17/14 |

Finally, the court notes that it has already approved three stipulations to modify deadlines within the past three months. See Dkt. 489 (Mar. 21, 2013); Dkt. 497 (Apr. 24, 2013); Dkt. 517 (June 14, 2013). This will be the last modification.

**IT IS SO ORDERED.**

Dated: June 18, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge