IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTHA BERNDT, et al.,** | Case No. C03-3174 PJH |
| Plaintiffs, | **[PROPOSED]** ORDER REGARDING DATES OF ORDERED PSYCHIATRIC TESTING AND EXAMINATION |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

The Court ordered the parties to meet and confer and file a stipulation, if possible, regarding the dates of psychological testing by Defendants' expert Dr. McNiel, and psychiatric examination by Defendants' expert Dr. Binder. (Doc. ## 515, 520.) The parties were unable to reach an agreement on the Court-ordered testing and examinations. Plaintiffs also failed to file any briefing in support of a proposed protective order by the Court's June 19, 2013, deadline. (See Doc. # 520.)

GOOD CAUSE APPEARING, the Court orders that the psychological testing and psychiatric examination of Plaintiffs Berndt, Morin, and Boyd by Defendants' experts occur according to the following schedule:

| Plaintiff | Date of Dr. McNiel Testing | Date of Dr. Binder Exam |
|---|---|---|
| Martha Berndt | 8/21/2013, 8:30 a.m.-5:30 p.m. | 8/22/2013, noon – 5:30 p.m. |
| Kimberly Morin | 7/15/2013, 8:30 a.m.-5:30 p.m. | 7/22/2013, noon – 5:30 p.m. |
| Lisa Boyd | 7/19/2013, 8:30 a.m.-5:30 p.m. | 7/30/2013, noon – 5:30 p.m. |

All other details of the Court-ordered testing and examination are included in the Court's June 18, 2013, Order Granting Motion for Rule 35 Order and Defendants' briefing in support of the Motion for a Rule 35 Order.  (See Doc. ## 504, 509, 510, 515, 520.)

IT IS SO ORDERED.

Dated: 6/26/13



PHYLLIS J. HAMILTON
United States District Judge

2

[Proposed] Order Regarding Dates of Ordered Psychiatric Testing and Examination (C03-3174 PJH)