IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARTHA BERNDT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No.: C-03-03174 PJH<br><br>**ORDER** |

For the reasons stated on the record at the hearing, held on August 16, 2013, the Court orders as follows:  (1) Plaintiffs shall identify one lead counsel, who shall be present at any future in person meet and confers; (2) Defendants shall produce all records from inmate central files, pertaining to the inmates identified in the discovery requests, that refer or relate to indecent exposure to any staff member in the time period that is defined for each particular inmate to (a) begin on the first employment date of the plaintiff staff member who was earliest-employed by CDRC and has an allegation of indecent exposure against that particular inmate, and (b) end on the last employment date of the plaintiff staff member who was last to leave CDRC's employment and has an allegation of indecent exposure against that particular inmate.  The Court further Orders:  (3) Defendants shall also conduct the review described in (2) as to the inmates' medical records, and the records shall be produced; (4) Plaintiffs' request for production of log books is denied; (5) Plaintiffs' request for other communications is denied; (5) Defendants' objection to category 1-3(g) of the PMK deposition is sustained; and (6) the remaining issues pertaining to the PMK depositions are not ripe for resolution.  Defendants shall complete the document production required by this Order within 60 days of the hearing date.  In addition, the parties shall meet and confer on the issues pertaining to the

PMK depositions on Monday, August 19, 2013.  Defendants shall identify all PMK witnesses by that time.

IT IS SO ORDERED.

Dated: August 19, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE