UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

    Plaintiff(s),

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendant(s).

_____/

No. C 03-3174 PJH

**ORDER**

    Before the court is plaintiffs' amended third administrative motion for order modifying the pretrial schedule in which plaintiffs seek an extension of the discovery cutoff date from September 3 to September 27, 2013. There are also other requests for similar relief pending before Magistrate Judge Spero. The court has conferred with Judge Spero and has decided in the interests of consistency, it is preferable that one judicial officer decide all of the pending discovery issues pertaining to scheduling, so that this case can proceed to dispositive motions in December. Accordingly, the administrative motion filed with the undersigned is hereby REFERRED to Judge Spero who will determine what, if any, additional time will be permitted for the various discovery events described in the motion as well as in those motions filed before him. The parties are advised, however, that the dispositive motions hearing date will not be changed at the request of either side.

    **IT IS SO ORDERED.**

Dated: August 22, 2013

                                                            _____
                                                            PHYLLIS J. HAMILTON
                                                           United States District Judge