**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    MARTHA BERNDT, ET AL,                    Case No. 4:03-cv-3174 PJH (JCS)
8              Plaintiff(s),
                                              **ORDER TO MEET AND CONFER ON**
9         v.                                  **AUGUST 26, 2013 RE JOINT**
                                              **DISCOVERY LETTER BRIEF [dkt no.**
10   CALIFORNIA DEPARTMENT OF                 **560]**
     CORRECTIONS, ET AL,
11
12             Defendant(s).
                                        /
13

14        IT IS HEREBY ORDERED that Pamela Y. Price, lead trial counsel for Plaintiffs, and Lyn

15   Harlan, lead trial counsel for Defendants, shall appear, in person, on **August 26, 2013, at 9:00 AM.,**

16   before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

17   Francisco, CA, to meet and confer to resolve the issues stated in the Joint Discovery Letter Brief

18   filed on August 21, 2013. No excuses will be accepted.

19

20        IT IS SO ORDERED.

21

22   Dated:   August 23, 2013

23                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
24
25
26
27
28