IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al., | Case No.: C-03-03174 PJH |
| Plaintiffs, | **DISCOVERY ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

For the reasons stated on the record at the hearing, held on October 4, 2013, the Court orders as follows: (1) as to Defendants' letter dated September 30, 2013 (Dkt. No. 578), Plaintiffs shall depose Rob Whitford regarding Category 3 (indecent exposure district attorney referral policies, procedures, and enforcement) on October 25, 2013; (2) as to Plaintiffs' letter dated October 3, 2013 (Dkt. No. 583), Jeff Macomber shall produce all documents, dated through April 18, 2011, that he reviewed for his deposition, which have not already been produced; (3) as to Defendants' letter dated October 4, 2013 (Dkt. No. 584), the request is denied. Counsel are expected to be courteous and civil to each other, and to abide by the California Rules of Professional Conduct.

IT IS SO ORDERED.

Dated: October 7, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE