IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. C03-3174 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE |

The parties' request in Doc #779 to submit their respective motions in limine on July 23, 2015, instead of on July 20, 2015, is granted. All other submission and response deadlines stated in the Case Management and Pretrial Order, Doc #752, remain the same.

IT IS SO ORDERED.

Dated: 7/14/15

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

1