UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT, et al.,

    Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 03-cv-03174-PJH

**ORDER RE LATE FILINGS**

The court has received a number of late pretrial filings from plaintiffs, without any accompanying declaration or affidavit attesting to any technical failures (as required by Civil Local Rule 5-1(e)(5)), or any other request to continue the applicable deadlines. Pursuant to the pretrial order issued in this case on October 20, 2014 (Dkt. 752), each party's exhibit list and witness list were due on July 20, 2015. Plaintiffs filed both documents after midnight on July 20, 2015, in violation of Civil Local Rule 5-1(e)(4). Plaintiffs then compounded their tardiness, filing an amended witness list even further past midnight (again, without any explanation for the late filing or request to file late), and then waiting until after the close of business the next day to file an amended exhibit list (again, without any explanation for the late filing or request to file late).

Plaintiffs are admonished to abide by all deadlines set in this case, and the court reminds both parties that motions in limine are due on **July 23, 2015**, and that oppositions to the motions in limine are due on **August 3, 2015**. Any late filings will be stricken and disregarded, absent a declaration/affidavit attesting to a technical failure.

1
2 **IT IS SO ORDERED.**
3 Dated: July 22, 2015
4 _____
5 PHYLLIS J. HAMILTON
United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28