UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARTHA BERNDT,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No.  03-cv-03174-NJV

**ORDER RE FINAL PRETRIAL CONFERENCE**

The final pretrial conference in this matter is continued to January 14, 2016, at 10:00 a.m. All other details regarding the final pretrial conference remain unchanged.

**IT IS SO ORDERED**.

Dated: January 6, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge