UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTHA BERNDT,

    Plaintiff

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No.  1:03-CV-3174-NJV

ORDER for JURY REFRESHMENTS

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 8 members of the jury in the above-entitled matter beginning **February 2, 2016 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, , 450 Golden Gate Avenue, San Francisco, CA .

IT IS SO ORDERED.

Dated: February 1, 2016

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE