UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARTHA BERNDT, et al.,

    Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 03-cv-03174-NJV

**SPECIAL VERDICT FORM FOR PUNITIVE DAMAGES**

If you find that Plaintiff Martha Berndt has proven, by a preponderance of the evidence, that Defendant David Skerik acted with malice, oppression, or reckless disregard of her constitutional rights, state the amount of punitive damages that she is entitled to recover against him. If you award no punitive damages, insert zero.

$ _____

Please sign and date the form, and return the form to the Clerk.

Dated:

                                        _____
                                        JURY FOREPERSON