UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 03-cv-03174-NJV<br><br>**ORDER RESCHEDULING HEARING**<br><br>Re: Dkt. No. 907 |

The hearing on Plaintiff's Motion for a New Trial previously set for April 26, 2016, is HEREBY RESCHEDULED for May 3, 2016, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: March 24, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge