UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARTHA BERNDT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No.  03-cv-03174-NJV<br><br>**ORDER TAKING MATTER UNDER SUBMISSION**<br><br>Re: Dkt. No. 907 |

Plaintiff has filed a motion for a new trial which is set for hearing before the court on May 3, 2016.  The matter is fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission.  The matter will be decided on the papers.

**IT IS SO ORDERED**.

Dated: April 7, 2016

NANDOR J. VADAS
United States Magistrate Judge