UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARTHA BERNDT, et al.,

    Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 1:03-cv-03174-NJV

**ORDER TAKING MATTERS UNDER SUBMISSION**

Re: Dkt. Nos. 939, 940, 941, 942

Plaintiffs have filed four motions for review of taxation of costs which are set for hearing before the court on June 14, 2016. The matters are fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds that these matters are appropriate for decision without oral argument and therefore takes the matters under submission. The matters will be decided on the papers.

**IT IS SO ORDERED**.

Dated: May 31, 2016

NANDOR J. VADAS
United States Magistrate Judge